

June 16, 2025

**VIA ECF**
The Hon. Steven I. Locke
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Courtroom 820

      **Re:**    **Hamada v. New York**
               **23-cv-6786(NRM)(SIL)**

Dear Judge Locke:

      Our firm represents Dr. Samir Hamada ("Plaintiff") in the above-mentioned matter. This letter is written pursuant to Individual Practice Rule 2(B) to request the adjournment of the July 2, 2025, Initial Conference.

      By Order on May 30, 2025, this Court scheduled an Initial Conference for July 2, 2025, at 11:00 a.m. Unfortunately, Plaintiff's counsel has a deposition that day in another matter and will be unable to attend. Plaintiff's counsel is also changing law firms on June 27, 2025, and does not believe he will properly before the Court by July 2, 2025. Respectfully the parties submit the following alternative dates: July 17-18 and 22, 2025 for the conference. Defendant's counsel consents to this request. This is Plaintiff's first request for an adjournment of this conference.

      We thank the Court in advance for its attention to this matter.

Respectfully submitted,

SLATER SLATER SCHULMAN LLP

*John C. Luke, Jr.*
John C. Luke, Jr.


cc: All Counsel of Record **(VIA ECF)**